# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

| | | |
|---|---|---|
| DAWN GUTERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:17-cv-03051-TLB |
| | ) | |
| v. | ) | Judge Brooks |
| | ) | |
| PROFESSIONAL CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** January 26, 2018

| **For Plaintiff,** | **For Defendant,** |
|---|---|
| **Dawn Guterman** | **Professional Credit Management, Inc.** |
| | |
| /s David M. Marco | /s with consent R. Bryant Marshall |
| David M. Marco | R. Bryant Marshall |
| SMITHMARCO, P.C. | R. Bryant Marshall, Attorney, PLC |
| 55 W. Monroe Street, Suite 1200 | P.O. Box 4034 |
| Chicago, IL 60603 | Jonesboro, AR 72403 |
| Telephone:   (312) 546-6539 | Telephone:   (870) 932-8137 |
| Facsimile:   (888) 418-1277 | Facsimile:   (870) 933-8180 |
| E-Mail:   dmarco@smithmarco.com | E-Mail:   bryant@marshallattorney.net |