IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAWN GUTERMAN                                                                                        PLAINTIFF

NO.  3:17-cv-3051-TLB

PROFESSIONAL CREDIT MANAGEMENT, INC.                                        DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 26th day of January, 2018, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY: *Roxana guerrero*
Deputy Clerk